UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Israel Minaya
COPY RECEIVED
JAN 11 2018
US ATTORNEY'S OFFICE

| Ravidath Lawrence RAGBIR | |
|---|---|
| Petitioner | Case No.: 1:18-cv-236 (KBF) |
| vs. | |
| Jefferson SESSIONS III, in his official capacity as the Attorney General of the United States; Kirstjen NIELSEN in her official capacity as Secretary of Homeland Security; Thomas DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; Scott MECHKOWSKI, in his official capacity as Assistant New York Field Office Director for U.S. Immigration and Customs Enforcement; and the U.S. DEPARTMENT OF HOMELAND SECURITY. | PETITIONER'S APPLICATION FOR ORDER TO SHOW CAUSE IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| Respondents | |

2018 JAN 11 PM 4:50

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243, the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief pursuant to 28 U.S.C. § 2241; 28 U.S.C. § 1331; Article I, § 9, cl. 2 of the United States Constitution; the All Writs Act, 28 U.S.C. § 1651; the Administrative Procedure Act, 5 U.S.C § 701; and the Declaratory Judgment Act, 28 U.S.C. § 2201; and the accompanying declarations and exhibits, IT IS HEREBY ORDERED that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief should not be granted by 1/12/18 ; ~~tpm~~ 11am (KBF)

2. ~~Petitioner shall have an opportunity to file a reply by~~

3. This matter shall be heard by this Court on January 1/12/18 at 4pm. (KBF)

4. Pending consideration, Respondents ARE HEREBY RESTRAINED from transferring Petitioner from the jurisdiction of the New York Field Office of the Office of Enforcement and Removal Operations;

5. Pending consideration, Petitioner's removal from the United States is TEMPORARILY STAYED;

6. And such other and further relief as the Court may find appropriate;

7. Service of this Order shall be effected by Petitioner on the United States Attorney for the Southern District of New York by 5:00 am/pm on 1/11, 2018 and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

1/11/18
DATED

_____
UNITED STATES DISTRICT JUDGE

Part 1

2018 JAN 11 PM 4:50