UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVIDATH LAWRENCE RAGBIR,<br><br>                         Petitioner,<br><br>    - against -<br><br>JEFFERSON BEAUREGARD SESSIONS III, *et al.*,<br><br>                        Respondents. | No. 18 Civ. 236 (KBF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the government's memorandum of law, the government, through its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court for an order vacating the portions of its January 11, 2018, order staying the petitioner's removal and enjoining ICE from transferring the petitioner out of the jurisdiction.

Dated:   New York, New York
           January 12, 2018

                                                                  GEOFFREY S. BERMAN
                                                                  United States Attorney for the
                                                                  Southern District of New York,
                                                                  Attorney for Respondents

                                        By:     /s/ *Brandon M. Waterman*
                                                      BRANDON M. WATERMAN
                                                      Assistant United States Attorneys
                                                      86 Chambers Street, 3rd Floor
                                                      New York, New York 10007
                                                      Tel.    (212) 637-2741
                                                      Fax    (212) 637-2786
                                                      Email: brandon.waterman@usdoj.gov