**IMMIGRANT RIGHTS CLINIC**
**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**NEW YORK UNIVERSITY SCHOOL OF LAW**
245 SULLIVAN STREET, 5TH FLOOR
NEW YORK, NEW YORK 10012
TEL: 212-998-6430
FAX: 212-995-4031

| | |
|---|---:|
| ALINA DAS | BRITTANY CASTLE |
| JESSICA ROFÉ | JEREMY CUTTING |
| *Supervising Attorneys* | *Legal Interns* |

*Via ECF*

January 17, 2018

Hon. Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    **1:18-cv-000236**
              **Amended Petition for Writ of Habeas Corpus**

Dear Hon. Judge Forrest,

On behalf of Petitioner, Ravidath Ragbir, we are filing an amended petition to reflect our discussion yesterday as well as the government's statements with respect to ICE's intention to deport Mr. Ragbir on Friday, January 12, 2018. The only changes to the habeas petition are to paragraphs 41 and an addition to the prayer for relief. Thank you for your time and consideration.

In the event of any questions with respect to our submission, we can be reached via phone at (212) 998-6467 (office) and (347) 693-6485 (cell). We can also be contacted via email at alina.das@nyu.edu, jessica.rofe@nyu.edu, brittany.castle@nyu.edu, and cody.cutting@nyu.edu.

Sincerely,

/s/Alina Das
Alina Das, Esq.
Jessica Rofé, Esq.
Brittany Castle, Student Representative
Jeremy Cutting, Student Representative
Immigrant Rights Clinic
Washington Square Legal Services
New York University School of Law

*Counsel for Mr. Ragbir*

cc:  Counsel for Respondents