PHOTOGRAPH OF BEARER

PHOTO NOT AVAILABLE

*Signature of bearer*

Summary of the statements made by this holder in proof of his/her Trinidad and Tobago citizenship, and documents produced in support of his/her statements.

........T.&.T.PASSPORT.NO..T283870.(EXPIRED)...........
........ISSUED:.AUG..08,.1995.-.P.O.S.-.TRINIDAD........
Place of Birth ........TRINIDAD.AND.TOBAGO...............
Date of Birth ..........September.10,.1964................
Holder is accompanied by:

EMERGENCY CERTIFICATE

**DEPORTEE**  This is to certify that

............RAVIDATH.LAWRENCE.RAGBIR............
has stated to me that he/she is a citizen of Trinidad and Tobago and that I have no reason to doubt this statement.

This certificate is valid only for the journey to

............TRINIDAD.AND.TOBAGO..............................

leaving ..........THE.U.S.A...........................................

on or about .....................January.7,.2018.......

for .......TRINIDAD.AND.TOBAGO................... and must be surrendered to the Immigration Officer at the place of arrival.

*Signature of Issuing Authority*

JAN 03 2018
NEW YORK

Date

**DEPORTEE**

EC No. 03/2018



REPUBLIC OF
TRINIDAD AND TOBAGO

EMERGENCY CERTIFICATE

ISSUED TO:

| Miss |   |
|------|---|
| Mrs. |   |
| Mr.  | RAVIDATH LAWRENCE RAGBIR |

Printed by the Government Printer
Caroni
Republic of Trinidad and Tobago—2014