

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

January 17, 2018

**By ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ragbir v. Sessions*, 18 Civ. 236 (KBF)

Dear Judge Forrest:

This office represents the government in the above-referenced habeas matter, in which petitioner Ravidath Ragbir ("Mr. Ragbir"), who is subject to a final removal order, challenges his detention by U.S. Immigration and Customs Enforcement ("ICE"). As the Court is aware, Mr. Ragbir is currently detained at an ICE detention facility in Miami, Florida. I write respectfully to inform the Court that ICE will exercise its discretion to transfer Mr. Ragbir from Miami to a facility within ICE's New York City Field Office's area of responsibility.

The designation of the particular facility in the New York City region at which Mr. Ragbir is detained is solely within ICE's discretion. ICE has determined to exercise its discretion to transfer Mr. Ragbir without waiver of, or prejudice to, the government's rights or arguments in this or any other case, including arguments made in opposition to Mr. Ragbir's motion to enforce the Court's January 11, 2018 Order (ECF No. 13), or in support of the government's motion to vacate portions of that order (ECF No. 16).

We thank the Court for its consideration of this submission.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ Brandon M. Waterman
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10003
Tel.   (212) 637-2741
Fax   (212) 637-2786

cc:   Counsel of Record (via ECF)

---

*Handwritten order by the Court:*

Ordered

Thank you. This saves judicial resources. Petitioner's motion at ECF No. 13 is therefore moot and is terminated. Briefing on the habeas petition shall proceed as previously ordered. The motion to vacate the stay (ECF No. 16) for lack of jurisdiction is DENIED for the reasons set forth on the record on 1/16/18.

KBF. Forrest
USDJ   1/17/18   11:45 a.m.