Office of Enforcement and Removal Operations
New York Field Office

U.S. Department of Homeland Security
26 Federal Plaza, Suite 1105
New York, NY 10278



U.S. Immigration
and Customs
Enforcement

January 4, 2012

*Ordered*
*Post to docket.*
*Rec'd at argument.*
*/CB.70*
*USDJ*
*1/29/18*

Immigrant Rights Clinic
Washington Square Legal Services, Inc.
Alina Das
245 Sullivan Street, 5th Floor
New York, NY 10012

Re: RAGBIR, Ravidath Lawrence (A044 248 862)
    Application for Administrative Stay (Form I-246)

Dear Ms. Das:

The New York Office of Enforcement and Removal Operations is in receipt of your application for an administrative Stay of Removal on Form I-246 for Ravidath L. Ragbir. After a review of your client's alien file as well as the facts and circumstances presented in your request, I have decided to grant your request for an administrative Stay of Removal.

The stay shall be in effect until December 22, 2012. During this period your client will continue to report on an Order of Supervision {Form I-220(b)}.

Please be advised that a Stay of Removal is not an immigration benefit or a form of relief from removal. Any change in the facts or circumstances of this matter may result in this office reconsidering its decision. Any arrest or conviction may result in this office taking your client into custody. As always, your client must keep this office informed of any change in address.

Neither this decision nor this letter constitutes any statement of Department of Homeland Security policy applicable to any other individual or matter.

Sincerely,

C. Shanahan

Christopher Shanahan
Field Office Director

cc: A file

**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

# Order of Supervision

File No: A 044 248 862
Date: January 04, 2012

Name: RAGBIR, Ravidath Lawrence

On  March 14, 2007  , you were ordered
(Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the U.S. Immigration and Customs Enforcement has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the U. S. Immigration and Customs Enforcement, for identification and for deportation or removal.

☒ That upon request of the U. S. Immigration and Customs Enforcement, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information the U. S. Immigration and Customs Enforcement, considers appropriate.

☒ That you do not travel outside  NY/NJ/CT  for more than 48 hours without first
(Specify geographic limits, if any)
having notified the U. S. Immigration and Customs Enforcement office of the dates and places of such proposed travel.

☒ That you furnish written notice to the U. S. Immigration and Customs Enforcement office of any change of residence or employment within 48 hours of such change.

☒ That you report in person _____ to DHS/ICE ATD Deportation Officer at:
26 Federal Plaza, 9th Floor, RM 9-110 New York, NY 10278    unless you are granted written permission to report on another date.

☒ That you assist the U. S. Immigration and Customs Enforcement, in obtaining any necessary travel documents.

☐ Other: _____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____
(Signature of ICE official)

Christopher Shanahan, Field Office Director/New York
(Print name and title of ICE official)

### Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the (English / Spanish language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____   RAGBIR, Ravidath Lawrence   01-05-2012
(Signature of ICE official serving order)   (Signature of alien)   Date

Form I-220B (Rev. 4/1/97)N

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: __A 044 248 862__
Date: __January 04, 2012__

Name: __RAGBIR, Ravidath Lawrence__

☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide the U. S. Immigration and Customs Enforcement, with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide the U. S. Immigration and Customs Enforcement with written proof of such within 30 days. You must provide the U. S. Immigration and Customs Enforcement with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the U. S. Immigration and Customs Enforcement with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Supervision.

☐ That you report to any parole or probation officer as required within 5 business days and provide the U.S. Immigration and Customs Enforcement with written verification of the officers name, address, telephone number, and reporting requirements.

☐ That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

☒ That you provide the U. S. Immigration and Customs Enforcement with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide the U. S. Immigration and Customs Enforcement with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into the U. S. Immigration and Customs Enforcement custody and you being criminally prosecuted.

☐ Other.

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## NOTICE TO TERMINATE ATD PARTICIPATION

| ATD Field/Sub Office: New York City | ATD Officer: J. Derolus, DO |
|---|---|
| TO: (Name of Contract Program Manager) Lee Milanich | Site Location: New York City |

**This official notice serves to immediately terminate the following participant from ATD**

| Participant's Full Name: RAGBIR, Ravidath L. | A-Number: A 044 248 862 | Termination Date and Time: January 04, 2012  1030 Hrs. |
|---|---|---|

- ☐ A. Departure Verified (Final Order of Removal—close in EARM within 72 hours of departure)
- ☐ B. Relief/Benefit Granted (Cancellation of Removal, Adjustment of Status, Asylum, or Admission)
- ☐ C. Pre-Order Program Absconder
- ☐ D. Post-Order Program Absconder
- ☐ E. Pre-Order Program Violator
- ☐ F. Post-Order Program Violator
- ☒ G. No Longer Required to Participate (e.g., Change of Venue, Administrative Closure, Transfer in Programs (e.g., electronic monitoring only), Case Transferred to Another Field Office, Proceedings Terminated, Withholding of Removal, Temporary Protected Status, Deferred Action, Prosecutorial Discretion, Convention Against Torture/Deferral of Removal, Unable to Remove in the Foreseeable Future)
- ☐ H. Arrested by ICE for Removal (Final Order—Active Participant)
- ☐ I. Pending Departure Verification (Final Order of Removal or Voluntary Departure)
- ☐ J. Arrested by other Law Enforcement Agency
- ☐ K. Medical or deceased
- ☐ L. Departure Verified (Voluntary Departure Order — close in EARM within 72 hours of departure)
- ☐ M. Departed the United States while in proceedings

Comments:

Please terminate as a category G. FOD granted a stay of removal on 01/04/12

Q-10-04

| Written Notification Date: 01/04/2012 | Notification Method: (via FAX, telephone, in-person, etc.) Email |
|---|---|

ICE Form 71-018 (1/10)